**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**SURJIT SINGH, et al.**     **PLAINTIFFS**

V.     **NO. 4:22-CV-195-DMB-JMV**

**THE CITY OF GREENVILLE,
MISSISSIPPI, et al.**     **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 10th day of January, 2023.

                                            **/s/Debra M. Brown**
                                            **UNITED STATES DISTRICT JUDGE**